IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RUTH GROSS                                                                                                   PLAINTIFF

v.                                            Case No. 6:15-CV-06076

PORTFOLIO RECOVERY ASSOCIATES, LLC                                       DEFENDANT

## ORDER

Currently before the Court is Plaintiff Ruth Gross's motion to voluntarily dismiss this case with prejudice (Doc. 15).  The parties had previously filed a notice of settlement.  (Doc. 14).

Upon due consideration, the Court find that Plaintiff's motion (Doc. 15) is GRANTED, and the complaint herein is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 30th day of March, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE